# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|   |   |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| POTOMAC INLINE HOCKEY, INC., ) | |
| ) | **Case No. 09-10331-RGM** |
| Debtor. ) | |

## NOTICE OF MOTION / NOTICE OF HEARING

**YOU ARE HEREBY NOTIFIED** that the Debtor has filed a Motion for an Order Extending the Time Within Which It Must File Its Plan of Reorganization. If you object to this Motion, you or your counsel must file written objections with the court and serve copies on the undersigned counsel. If a response or objection is filed then the hearing set by the Debtor will be held on **November 10, 2009**, at **11:00 a.m.** in **Courtroom III**.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought, then on or before **November 6, 2009**, you or your attorney must:

Thomas M. Dunlap VSB#44016
David Ludwig VSB #73157
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street SW
Leesburg, Virginia 20175-2715
Telephone: (703) 777-7319
Facsimile: (703) 777-3656
dludwig@dglegal.com
Counsel for Debtor

- File with the United States Bankruptcy Court for the Eastern District of Virginia Alexandria Division, 200 South Washington Street, Alexandria, Virginia 22320-9247, a written response with supporting memorandum as required by Local Bankruptcy Rules 4001(a)-1(C) and 9013-1(H). **Under Local Bankruptcy Rule 9013-1, unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue orders granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.
- Attend the hearing on November 10, 2009, at 11:00 a.m. in Courtroom III.
- Send a copy of any written response to the following persons:

W. Clarkson McDow, Jr., Esq.
Office of United States Trustee
115 South Union Street
Suite 210
Alexandria, Virginia 22314

Thomas M. Dunlap
David Ludwig
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty St, SW
Leesburg, VA 20175-2715

If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and enter an order granting that relief. Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion and supporting memorandum are filed with the Clerk of Court and served on the moving

party before the hearing, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Date:  October 26, 2009

Respectfully Submitted,

POTOMAC INLINE HOCKEY, INC.
By Counsel:

/s/ David Ludwig
Thomas M. Dunlap VSB #44016
David Ludwig VSB #73157
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, S.W.
Leesburg, Virginia 20175
Tel:  (703) 777-7319
Fax:  (703) 777-3656
dludwig@dglegal.com
Counsel for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2009, a copy of the foregoing Notice of Motion was served by First Class mail, postage prepaid, on all necessary parties (those parties listed on the Creditor's Matrix filed with the Court and those parties receiving notice via ECF).

/s/ David Ludwig
David Ludwig